FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00196-BNB

LOUIS E. TILLMAN,

    Plaintiff,

v.

TIMOTHY R. MURPHY, and
MHC KENWORTH,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 16, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00196-BNB

Louis E Tillman
10741 Jordan Crt
Parker, CO 80134

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 16, 2011.

                                               GREGORY C. LANGHAM, CLERK

                                    By:  _____
                                                    Deputy Clerk