IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00196-WYD-CBS

LOUIS E. TILLMAN,
    Plaintiff,
v.

TIMOTHY R. MURPHY, and
MHC KENWORTH,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Mr. Tillman's "Motion to File Plaintiff[ ] Exhibits" (filed April 18, 2011) (Doc. # 19); and (2) Mr. Tillman's "motion for Judgment" (filed April 18, 2011) (Doc. # 20).  Pursuant to the Order of Reference dated February 24, 2011 (Doc. # 10) and the memorandum dated April 18, 2011 (Doc. # 21), these matters were referred to the Magistrate Judge.  The court having reviewed the matters, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.   Mr. Tillman's "Motion to File Plaintiff[ ] Exhibits" (filed April 18, 2011) (Doc. # 19) is GRANTED to the extent that the exhibits included in Doc. # 20 have already been filed with the court.

    2.   Mr. Tillman's "Motion for Judgment" (filed April 18, 2011) (Doc. # 20) is terminated as a motion and shall be treated as Mr. Tillman's reply to Defendants' Answer (Doc. # 17) to Mr. Tillman's Amended Complaint (Doc. # 7).

DATED at Denver, Colorado, this 19th day of April, 2011.

                                              BY THE COURT:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge