**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-00196-WYD-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  August 9, 2011** | **Courtroom Deputy:**  Linda Kahoe |

LOUIS E. TILLMAN,                                                              *Pro se*

    Plaintiff,

    v.

TIMOTHY R. MURPHY, *et al.,*                                     William K. Rounsborg,

    Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        10:00 a.m.**
Court calls case.  Appearance of counsel.  *Mr. Louis E. Tillman appears pro se.*

Discussion regarding the Motion to Compel, doc #[26], filed 6/21/2011.

Mr. Rounsborg states that Defendants have given Mr. Tillman all the documents they have in their possession, custody or control.

**ORDERED:**   The Motion to Compel, doc #[26], is **DENIED WITHOUT PREJUDICE.**  Upon further discovery, if information is discovered that documents have been improperly withheld by Kenworth, Plaintiff may re-file a Motion to Compel.

Discussion regarding Plaintiff's Motion for Extension of Time, doc #[29], filed 7/14/2011.  The court states that the Motion was denied for failure to explain the purpose of the Motion and how much time Plaintiff was requesting.

**ORDERED:**   Plaintiff may  re-file the Motion for Extension of Time on or before **SEPTEMBER 1, 2011.**  The Motion should specifically state how much additional time is being requested.  If Mr. Rounsborg does not object to the Motion, Plaintiff should title the Motion as unopposed.

HEARING CONCLUDED.
**Court in recess**:        **10:32 a.m.**
Total time in court:     00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.