IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 11-cv-00196-WYD -CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   November 9, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*  *Counsel:*

LOUIS E. TILLMAN,   *Pro se*

    Plaintiff,

v.

TIMOTHY R. MURPHY, and   William Rounsborg *(by telephone)*
MHC KENWORTH,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:   9:11 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Plaintiff's Motion to Compel [Doc. No. 39], Plaintiff's Motion to Compel [Doc. No. 40], Plaintiff's Motion to Compel with Sanctions [Doc. No. 44], discovery requests served on defense counsel, Rule 37(a), serving interrogatories, and Rules 33 and 34.

**ORDERED:**   Plaintiff's Motion to Compel [Doc. No. 39] is DENIED for the reasons stated on the record.  Plaintiff's Motion to Compel [Doc. No. 40] is DENIED for the reasons stated on the record.   Plaintiff's Motion to Compel with Sanctions [Doc. No. 44] is DENIED for the reasons stated on the record.

Discussion regarding discovery and dispositive motions deadlines.

**ORDERED:**   The Discovery Cut-off is extended to **January 16, 2012**.  The Dispositive Motions deadline is extended to **February 17, 2012**.

Discussion regarding a no trespass order issued on all Kenworth properties relating to the Plaintiff.

Hearing Concluded.

**Court in recess:**     **9:38 a.m.**
Total time in court:    00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.