**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-00196-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  January 9, 2012** | **Courtroom Deputy:**  Robin Mason |

LOUIS E. TILLMAN,                                                           *Pro se*

    Plaintiff,

    v.

TIMOTHY R. MURPHY, *et al.,*                                     Christian Monson

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      10:48 a.m.**
Court calls case. Appearance of counsel. *Mr. Louis E. Tillman appears pro se.*

Discussion regarding the Motion for Sanctions (Docket No. 51, filed on 12/15/2011), Motion for Sanctions (Docket No. 53, filed on 12/16/2011) and local rules related to discovery requests and production of documents.

**ORDERED:**   Motion for Sanctions (Docket No. 51, filed on 12/15/2011) and Motion for Sanctions (Docket No. 53, filed on 12/16/2011) are both DENIED for reasons stated on the record. A Discovery Conference is set for **January 11, 2012 at 11:00 AM**. The plaintiff and lead counsel for the defendants are required to appear in person.

HEARING CONCLUDED.
**Court in recess**:      **11:52 a.m.**
Total time in court:     01:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.