IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00196-WYD-CBS

LOUIS E. TILLMAN,

    Plaintiff,

v.

TIMOTHY R. MURPHY; and
MHC KENWORTH,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Magistrate Judge's Recommendation, filed on October 4, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge Craig B. Shaffer (ECF Doc. No. 46), filed September 5, 2012, is AFFIRMED and ADOPTED.  It is further

ORDERED that final judgment is hereby entered in favor of Defendants, Timothy R. Murphy and MHC Kenworth, and against Plaintiff, Louis E. Tillman, on Defendants' Motion for Summary Judgment (ECF Doc. No. 67).  It is further

ORDERED that plaintiff's complaint and action are dismissed.  It is further

ORDERED that each party shall bear his or its own costs and attorney fees.

DATED at Denver, Colorado this 5th day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk